

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2019

No. 04-19-00386-CR

Kelly Elaine **COURVELLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6404
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due November 4, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk